DAVID SHU
1094 BOLLIN AVENUE
CAMARILLO, CA 93010
DShu1@sbcglobal.net
TEL: (818) 918-8863

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES EX REL. DAVID SHU, <br><br> Plaintiffs, <br><br> v. <br><br> NANCY HUTT, OLIVERIO LEON BACILIOS, DONALD SWARTZ, AND PRISCILLA JENG RIVERA. <br><br> Defendants. | Case No.: 21-cv-06536-HSG <br><br><br> **RESPOND TO 10/19/2021 ORDER FOR 21-cv-01292 CASE AND MOTION TO QUASH ILLEGALLY APPLIED HONORABLE JUDGE JAMES DONATO'S ORDER TO THIS CASE/POSTED AFTER ONE YEAR    ON 10/4/2022 Dkt#22; ORDER** |

    On 04/11/202230  Hon. Haywood S. Gilliam, Jr. directed the Clerk to file Dkt. No. 19 of 21-cv-01292-HSG case Order re Judicial Disqualification, to *Shu v. United States of America*, 4:20-cv-06536-HSG. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (hsglc2, COURT STAFF) (Filed on 4/11/2022) Modified on 4/12/2022 to

clarify the correct docket entry to be filed in related case. (hsglc2, COURT STAFF). (Entered: 04/11/2022)

     Plaintiff, David Shu, hereby respectfully submits his objection to illegally apply and post Honorable Judge JAMES DONATO's Order to different case. Honorable Judge JAMES DONATO's Order was made for case 21-cv-01292-HSG ONLY and cannot be applied and posted to another case including this case. The record shows clearly that Honorable JAMES DONATO's ruling was based on reviewing 21-cv-01292-HSG case ONLY and cannot be illegally applied and used to other case(s) universally NOT been reviewed by Honorable JAMES DONATO and/or other Judges Therefore if the Court illegally applied JAMES DONATO's Order for 21-cv-01292-HSG to this case, is invalid and 10/4/2022's posting must be squashed. This is another example that Judge Haywood S. Gilliam's showed persistent prejudice against the Plaintiff and continuously did whatever he can just arbitrarily get rid of Plaintiff's case.

     Furthermore, Judge Haywood S. Gilliam, Jr. voluntary disqualified himself for this case and must be reviewed by Honorable JAMES DONATO's or another judge based on Judge Haywood S. Gilliam, Jr. action/reason(s) to disqualify himself.

.

Dated: October 7th, 2022                 Respectfully submitted,

                                               /s/ David Shu

                                               David Shu, Plaintiff

                        ORDER

DATED: 10/11/2022

