United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID SHU,

        Plaintiff,

    v.

UNITED STATES OF AMERICA, et al.,

        Defendants.

Case No. 20-cv-06536-HSG

**ORDER DENYING MOTIONS FOR LEAVE**

Re: Dkt. Nos. 32, 33

As the Court has found multiple times, there is no appealable interlocutory order in this case. The Court of Appeals has also already dismissed Plaintiff's prior premature appeal for lack of jurisdiction. Dkt. Nos. 17, 19. Plaintiff should understand that once the Court enters judgment, whether in favor of or against Plaintiff, any party will be able to appeal on any legally-permitted ground at that time. Plaintiff's appeal is plainly premature, and the requested stay is unwarranted as a matter of law.

**IT IS SO ORDERED.**

Dated:   10/18/2022

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge